# RECOMMENDATION TERMINATING
# PROBATION PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**  )  )  vs.  )  )  **Thun NHEM**  )  ) | **Docket Number:  2:03CR00545-02** |

### LEGAL HISTORY:

On September 27, 2004, the above-named was placed on Probation for a period of 5 years. Special conditions included: Search; Financial disclosure; Participate in drug/alcohol treatment; Participate in mental health treatment; Co-pay for treatment; Abstain from alcohol; Do not discharge restitution in any bankruptcy proceeding; Employment restrictions; and 180 days home detention.

### SUMMARY OF COMPLIANCE:

He has complied with all conditions and special conditions of Probation, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Mr. Nhem has derived maximum benefit from supervision and is not in need of continued supervision.

**RE:    Thun NHEM**
**        Docket Number:   2:03CR00545-02**
**        RECOMMENDATION TERMINATING**
**        <u>PROBATION PRIOR TO EXPIRATION DATE</u>**

**<u>RECOMMENDATION:</u>**

It is, therefore, respectfully recommended that Probation in this case be terminated early.

                    Respectfully submitted,


                     /s/ Deborah A. Spencer
                    **DEBORAH A. SPENCER**
                    **Supervising United States Probation Officer**


Dated:      August 8, 2007
            Elk Grove, California
            DAS/cj


cc:     AUSA Daniel S. Linhardt (Pursuant to Rule 32, notice of proposed relief to the probationer is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Probation Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35              **ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
|                ) | |
|          vs.          ) | **Docket Number: 2:03CR00545-02** |
|                ) | |
| **Thun NHEM**         ) | |
|                ) | |

On September 27, 2004, the above-named was placed on probation for a period of 5 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

                                         Respectfully submitted,

                                         /s/ Deborah A. Spencer
                                         **DEBORAH A. SPENCER**
                                         **Supervising United States Probation Officer**

Dated:         August 8, 2007
                 Elk Grove, California
                 DAS/cj

Rev. 03/2005
PROB35.MRG

**RE:    Thun NHEM**
       **Docket Number:   2:03CR00545-02**
       **ORDER TERMINATING PROBATION**
       **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

 August 28, 2007
**Date**

**Frank C. Damrell, Jr.**
**United States District Judge**

Attachment:   Recommendation
cc:    United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office